# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 29, 2006*

[Cite as *06/29/2006 Case Announcements,* 2006-Ohio-3295.]

## MOTION AND PROCEDURAL RULINGS

**2003–1572. State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. This cause came on for further consideration of appellant's motion for leave to file a response to this court's December 14, 2005, order,
  IT IS ORDERED by the court that the motion for leave is denied.

**2005–2264. State v. Diar.**
Lorain C.P. No. 04CR065248. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Lorain County. Upon consideration of the motions to withdraw as counsel of Michael C. Alberty and Carl J. Rose,
  IT IS ORDERED by the court that the motions are granted.
  IT IS FURTHER ORDERED, sua sponte, that the Ohio Public Defender is appointed to represent the appellant in this appeal, and that the time for filing appellant's merit brief shall be calculated from the date of this entry.

**2005–2364. State v. Perez.**
Clark C.P. No. 03CR1010. This cause is pending before the court as a death penalty appeal from the Clark County Court of Common Pleas. Upon consideration of appellant's motion for an extension of time to transmit the record,
  IT IS ORDERED by the court that the motion is granted, and the time for transmitting the record is extended to July 19, 2006.

**2006–0367. Vectren Energy Delivery of Ohio, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 02–220–GA–GCR. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of the motion of intervening appellee Ohio Consumers' Counsel to allocate or extend argument time,
  IT IS ORDERED by the court that the motion is denied as premature.

**2006–0423. State v. Abney.**
Cuyahoga App. No. 84190, 2006-Ohio-273. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On February 27, 2006, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),
  IT IS ORDERED by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**2006–0788. Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 05–276–EL–AIR. This cause is pending before this court as an appeal from the Public Utilities Commission. Upon consideration of the motion of Industrial Energy Users–Ohio for leave to intervene as an appellee or, in the alternative, notice of its filing of an amicus brief in support of the appellee,
  IT IS ORDERED by the court that the motion for leave to intervene is granted.